**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| COREY EDWARD MICHAELS, | ) | NO. CV 16-2087-DDP(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING PETITION |
| STEPHEN LANGFORD (Warden), | ) | WITHOUT PREJUDICE |
| Respondent. | ) | |

On March 28, 2016, Petitioner filed an "Appeal of the Denial, etc." ("the Petition"). Petitioner now has submitted a letter, dated April 24, 2016, requesting the withdrawal and dismissal of the Petition. This letter is ordered filed. The Petition is dismissed

///
///
///
///
///
///
///

1 without prejudice, pursuant to Rule 41(a) of the Federal Rules of
2 Civil Procedure.

    LET JUDGMENT BE ENTERED ACCORDINGLY.


    DATED: May 9, 2016.

    _____
    DEAN D. PREGERSON
    UNITED STATES DISTRICT JUDGE


PRESENTED this 27th day of
April, 2016, by:


    _____/S/_____
    CHARLES F. EICK
    UNITED STATES MAGISTRATE JUDGE

2