**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| COREY EDWARD MICHAELS, | ) | NO. CV 16-2087-DDP(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| STEPHEN LANGFORD (Warden), | ) | |
| Respondent. | ) | |

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 9, 2016.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE